NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7047

ALPHONSE J. WOMACK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2993, Judge Alan G. Lance, Sr.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves for a 14-day extension of time, until October 2, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Adam Michael Raviv, Esq.
Allison Kidd-Miller, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK